United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-3694

Ezra M. Miller; Norma K. Miller,     *
    *
      Appellants,    *
    *    Appeal from the United States
   v.    *    Tax Court.
    *
Commissioner of Internal Revenue,    *       [UNPUBLISHED]
    *
      Appellee.    *

_____

Submitted: May 4, 1998
Filed: May 6, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN and MORRIS SHEPPARD ARNOLD,
Circuit Judges.

_____

PER CURIAM.

Ezra M. and Norma K. Miller appeal the tax court's dismissal of their petition contesting the Commissioner's deficiency determination for their 1993 and 1994 federal income taxes. Having carefully reviewed the record, we conclude the tax court was correct in dismissing the petition for failure to state a claim. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.